DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Ken Andrew Workman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1: 05-cr-00056 OWW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING EARLY TERMINATION OF PROBATION |
| KEN ANDREW WORKMAN, | ) | Judge: Hon. Oliver W. Wanger |
| Defendant. | ) | |

This matter having come before the court on June 25, 2007, and good cause appearing,

**IT IS HEREBY ORDERED** that defendant's motion for early termination of probation **IS GRANTED**.  The 36-month term of probation imposed on June 20, 2005, is hereby terminated.

IT IS SO ORDERED.

Dated:   June 25, 2007                           /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE