IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>                              )<br>         Plaintiff/          )<br>         Respondent,         )<br>                              )<br>     vs.                      )<br>                              )<br> KEN ANDREW WORKMAN,           )<br>                              )<br>         Defendant/           )<br>         Petitioner.          )<br>_____) | No. CR-F-05-056 OWW<br><br>ORDER DENYING PETITIONER'S<br>REQUEST FOR APPOINTMENT OF<br>COUNSEL TO APPLY FOR<br>PRESIDENTIAL PARDON |

    On March 7, 2008, Petitioner moved for appointment of counsel to represent him for the purpose of applying for a presidential pardon.

    Petitioner cites no authority supporting the appointment of counsel for such a purpose and the Court can find none. Statutory and case authority establishes that Petitioner is not entitled to appointed counsel for the purpose of applying for a presidential pardon.  18 U.S.C. § 3006A(c) provides:  "A person for whom counsel is appointed shall be represented at every stage

of the proceedings from his initial appearance before the United States magistrate judge or the court through appeal, including ancillary matters appropriate to the proceedings.  In *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987), the Supreme Court held that the right to counsel "extends to the first appeal of right, and no further."

Petitioner's motion for appointment of counsel is DENIED.

IT IS SO ORDERED.

**Dated:   March 11, 2008**                        /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE